UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

JOHN RODGERS,                                        No. 3:14-cv-03615 LB

           Plaintiff,                **ORDER TO SHOW CAUSE**

   v.

JEFF JERGE, et al.,

           Defendants.

_____/

    This is an ADA case that is subject to the case management deadlines set forth in this district's General Order 56. The plaintiff filed a Notice of Need for Mediation on December 21, 2014, and a mediator was appointed on January 9, 2015, but there is nothing on the docket that indicates what has happened since then. Under General Order 56 ¶ 8, the plaintiff should file a motion for requesting a case management conference within 7 calendar days after mediation, and mediation likely has occurred by now. Accordingly, the court orders the plaintiffs to show cause why this action should not dismissed without prejudice for their failure to prosecute it. The plaintiffs shall do so in writing no later than June 11, 2015.

    **IT IS SO ORDERED.**

Dated: May 29, 2015

                                        _____
                                        LAUREL BEELER
                                        United States Magistrate Judge