UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JOHN RODGERS, | No. 3:14-cv-03615 LB |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING A CASE MANAGEMENT CONFERENCE** |
| v. | |
| JEFF JERGE, et al., | |
| Defendants. | |

This is an ADA case that is subject to the case management deadlines set forth in this district's General Order 56. The plaintiff filed a Notice of Need for Mediation on December 21, 2014, and a mediator was appointed on January 9, 2015, but the parties provided no update about what happened, and the they also did not ask the court to set a case management conference.

Thus, on May 29, 2015, the court ordered the plaintiff to show cause why this action should not be dismissed without prejudice for their failure to prosecute it. The plaintiff responded by notifying the court that they were still working with the mediator and hope to have the matter resolved soon.

In light of these representations, the court discharges its order to show cause. In addition, the court sets a case management conference for 11:00 AM on August 6, 2015. The parties shall file a joint case management statement no later than July 30, 2015.

**IT IS SO ORDERED.**

Dated: June 16, 2015

_____
LAUREL BEELER
United States Magistrate Judge