1  Irene Karbelashvili, State Bar Number 232223
   **LAW OFFICE OF IRENE KARBELASHVILI**
2  12 South First Street, Suite 413
3  San Jose, CA 95113
   Telephone: (408) 295-0137
4  Fax: (408) 295-0142

5  Attorney for JOHN RODGERS, Plaintiff

6

7                       **UNITED STATES DISTRICT COURT**
                        **NORTHERN DISTRICT OF CALIFORNIA**
8

| | |
|---|---|
| JOHN RODGERS,<br>              Plaintiff,<br>vs.<br>JEFF A. JERGE, an individual,<br>KIMBERLY A. JERGE, an individual,<br>collectively d/b/a THE PEDALER BIKE SHOP; ROBERT M. FAHEY and DARYL JEANNE FAHEY, TRUSTEES OF THE ROBERT M. FAHEY TRUST; and DOES 1-20, Inclusive,<br>              Defendants. | **Case No. 3:14-cv-03615-LB**<br><br>*Civil Rights*<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND (PROPOSED) ORDER**<br>**[F.R.C.P.§§ 41(a)(1)(ii) and (2)]** |

   Plaintiff JOHN RODGERS and Defendants JEFF A. JERGE, an individual, KIMBERLY A. JERGE, an individual, collectively d/b/a THE PEDALER BIKE SHOP, and the ROBERT M. FAHEY TRUST by and through their attorneys of record, file this Stipulation and Order of Dismissal with Prejudice pursuant to Rule 41(a)(2) of Federal Rule of Civil Procedure.

   Plaintiff filed this lawsuit on August 8, 2014. Defendants, who have answered the complaint, agree to the dismissal with prejudice. Plaintiff and Defendants further stipulate that neither party shall bring a motion for the payment of fees and costs incurred in this action.

   The Court will retain jurisdiction to enforce the terms of the parties' SETTLEMENT

AGREEMENT AND MUTUAL RELEASE OF ALL CLAIMS.

This case is not a class action, and no receiver has been appointed.

Dated: September 22, 2015     /s/     *Irene Karbelashvili*
                              Irene Karbelashvili, Attorney for Plaintiff
                              JOHN RODGERS

Dated: September 22, 2015     /s/     *Stephen George Preonas*
                              Stephen George Preonas, Attorney for Defendants
                              JEFF A. JERGE and KIMBERLY A. JERGE

Dated: September 23, 2015     /s/     *Jonathan McNeil Wong*
                              Jonathan McNeil Wong, Attorney for Defendant
                              THE ROBERT M. FAHEY TRUST
                              Rebecca B. Sousa-Hickory, Successor Trustee

### FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that, I, Irene Karbelashvili, received the concurrence of Defendants' counsel in the filing of this document

**~~PROPOSED~~ ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. The lawsuit against Defendants is dismissed with prejudice.

2. The Court will retain jurisdiction to enforce the terms of the parties' SETTLEMENT AGREEMENT AND MUTUAL RELEASE OF ALL CLAIMS.

3. Each side shall pay its own attorneys' fees and costs.

Dated: September 25, 2015

_____
Hon. Laurel Beeler
United States Magistrate Judge